AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00046 |
| CAMERON HESS | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 2/27/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  _____CAMERON HESS_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;

Date:  02/27/2023

*G. Michael Harvey* Digitally signed by G. Michael Harvey
Date: 2023.02.27 16:37:27 -05'00'

*Issuing officer's signature*

City and state:      Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/28/23 , and the person was arrested on *(date)* 3/01/23
at *(city and state)* Harrisburg, PA .

Date: 3/03/23

*Daniel Wright*
*Arresting officer's signature*

SA Daniel Wright
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: CAMERON HESS
Known aliases: 
Last known residence: 15 S Lincoln St. Cleona, PA 17042
Prior addresses to which defendant/offender may still have ties: 

Last known employment: 
Last known telephone numbers: 
Place of birth: Pennsylvania
Date of birth: 9/1/1996
Social Security number: 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
Height: 5'5"   Weight: 165lbs
Sex: Male   Race: Caucasion
Hair: Dirty Blonde   Eyes: Brown
Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 
Complete description of auto: 

Investigative agency: Federal Bureau of Investigation
Investigative agency address: Philadelphia Division
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: